# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Reliance Hospitality LLC,

Plaintiff,

v.

5251 S Julian Drive LLC, et al.,

Defendants.

No. CV-25-00363-TUC-JCH

**ORDER**

The Court has received Magistrate Judge Greg D. Sakall's Minute Entry informing the Court that the parties have reached a settlement agreement and anticipate filing necessary dismissal documents and/or entry of judgment no later than October 22, 2026. (Doc. 41). Needing to clear the pending Motion for Default Judgment off its docket so that it does not appear on the upcoming CJRA Report,

**IT IS ORDERED denying without prejudice** Plaintiff's Motion for Default Judgment against Defendants. (Doc. 20.) Plaintiff may refile its Motion for Default Judgment, in whole or in part, if the settlement is not successfully completed and the Court will rule based upon the prior briefing and hearing.

Dated this 28th day of September, 2026.

John C. Hinderaker
United States District Judge